```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )
                               )          4:05CR3080
        v.                     )
                               )
THOMAS NEAL WRIGHT,            )
                               )             ORDER
             Defendant.        )
                               )
```

    The deadline for filing defendant's pretrial motions has been continued to August 21, 2005.  Filing 12.

    IT THEREFORE HEREBY IS ORDERED,

    This case is removed from the trial calendar for August 22 and is continued until further order.

    DATED this 10th day of August, 2005.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge