```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )           4:05CR3080
                               )
     v.                        )
                               )
THOMAS NEAL WRIGHT,            )              ORDER
                               )
               Defendant.      )
                               )
```

     IT IS ORDERED,

     1.  Defendant's unopposed motion to continue time for filing pretrial motions, filing 14, is granted and defendant's pretrial motions and briefs shall be filed on or before September 19, 2005.

     2.   The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between August 21, 2005 and September 19, 2005, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

     DATED this 22nd day of August, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge