```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3080 |
| v. | ) | |
| | ) | |
| THOMAS N. WRIGHT, | ) | ORDER |
| | ) | |
| Defendant. | | |

IT IS ORDERED:

The order of September 30 (filing 20) is amended to change the time of the suppression hearing on October 28, 2005 from 2:30 to **3:00** p.m.

Dated October 3, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge