```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3080 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS NEAL WRIGHT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. The defendant's unopposed motion, filing 26, is granted.

2. On or before December 9, 2005, the defendant shall either file his post-hearing brief on his motion to suppress or advise the court that a further evidentiary hearing is necessary with respect to additional videotape evidence received from the government.

DATED this 16th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge