```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3080 |
| v. | ) | |
| | ) | |
| THOMAS NEAL WRIGHT, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

Pursuant to the court's order of November 16, 2005 (filing 28) the court has been advised that a further evidentiary hearing is necessary and that the defendant will waive his right to be present.

IT THEREFORE HEREBY IS ORDERED,

A hearing on further evidence to be introduced will be held on December 27, 2005 at 2:30 p.m. Upon the filing of a waiver of appearance, the defendant will be excused from attending the hearing.

DATED this 12th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge