IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:05CR3080 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THOMAS N. WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Motion to Extend Filing Deadline for Objections to Magistrate's Report and Recommendation, filed in the above captioned matter on March 17, 2006. The Court, being fully advised in the premises, and noting that the government has no objection to said enlargement of time, finds that the defendant's motion (filing 36) should be granted, and that the defendant's response time should be extended until March 27, 2006.

IT IS THEREFORE ORDERED that the defendant shall file any objection to the Report and Recommendation (filing 35) no later than March 27, 2006, and that the enlargement of time shall be excluded from any speedy trial calculations pursuant to 18 U.S.C. § 3161 (h)(1)(F) (delay resulting from the filing of any pretrial motion).

March 27, 2006.                           BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge