IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                 Plaintiff,      )
                                 )        Docket No. 4:05CR3080
          v.                     )
                                 )
THOMAS N. WRIGHT,                )
                                 )              ORDER
                 Defendant.      )
                                 )
_____

On the court's own motion,

IT IS ORDERED:

1.  The change of plea hearing is continued to September 26, 2006 at 1:30 p.m.  before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2.  The time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

3.  Defendant shall appear at the hearing.

DATED: September 1, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge